**Emily Weiner, William Weiner, and Barbara Weiner, a Minor, by William Weiner, Her Father and Next Friend, Appellants, v. Patrick Battista and Arlene Battista, Appellees.**

**Gen. No. 46,810. (Abstract of Decision.)**

First District, Second Division.

May 29, 1956.

Released for publication June 19, 1956.

Arthur S. Gomberg, and Joe Reiff, for appellants; Samuel Nineberg, of counsel; Crowe, Yates, Abrahamson & Fisk, for appellees; Burt A. Crowe, of counsel. Opinion by JUDGE SCHWARTZ. Not to be published in full.